United States District Court
Southern District of Texas
**ENTERED**
July 15, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL STERLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-910 |
| | § | |
| GREATER HOUSTON TRANSPORTATION COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**PRELIMINARY SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following preliminary schedule:

1. July 24, 2020 — **METROPOLITAN TRANSIT AUTHORITY'S BRIEF ON THE APPLICABILITY OF RECENT FIFTH CIRCUIT CASE LAW DISCUSSED AT INITIAL CONFERENCE**

2. July 31, 2020 — **STERLING'S RESPONSE TO METROPOLITAN TRANSIT AUTHORITY'S BRIEF**

3. August 14, 2020 — **INITIAL DISCOVERY DISCLOSURES**

4. September 14, 2020 — **STERLING'S MOTION FOR CLASS CERTIFICATION**

5. September 14, 2020 — **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions after this deadline must show good cause.

6. October 23, 2020 — **RESPONSES TO CLASS CERTIFICATION MOTION**

7. October 30, 2020 — **STERLING'S REPLY IN SUPPORT OF CLASS CERTIFICATION**

8.	November 6, 2020	**ORAL ARGUMENT ON CLASS CERTIFICATION**
	The court will hear argument at 10:00 a.m. CDT.

SIGNED on July 15, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge