United States District Court
Southern District of Texas
**ENTERED**
October 14, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL STERLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-910 |
| | § | |
| GREATER HOUSTON TRANSPORTATION CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants Greater Houston Transportation Company, Yellow Cab Paratransit Services, Inc., and Metropolitan Transit Authority of Harris County requested that the briefing deadlines in this case, including the deadline to respond to Plaintiff Paul Sterling's motion for class certification, Docket Entry No. 35, be stayed pending the court's ruling on Metropolitan's motion to dismiss, Docket Entry No. 27. (Docket Entry No. 39). The court denies the request for a stay but agrees that it is appropriate to extend the briefing deadlines to allow the court to rule on the potentially dispositive motion to dismiss.

The motion to stay the briefing schedule, Docket Entry No. 39, is denied. The motion to dismiss, response, and reply are under advisement. (Docket Entry Nos. 27, 28, 29). The deadline for the defendants' response to Sterling's motion for class certification, Docket Entry No. 35, is extended by 60 days. The defendants must respond to Sterling's motion for class certification by December 30, 2020.

SIGNED on October 14, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge