# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL STERLING on behalf of himself, Individually, and ALL OTHERS SIMILARLY SITUATED<br>　　　Plaintiff, | § § § § § | |
| v. | § § | Civil Action No. 4:20-cv-00910 |
| GREATER HOUSTON TRANSPORTATION, COMPANY, TEXAS PARATRANSIT, INC., YELLOW CAB PARATRANSIT SERVICES, INC and METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, | § § § § § § § | JURY TRIAL DEMANDED |

## SUGGESTION OF BANKRUPTCY

Defendant Greater Houston Transportation Company filed for protection under Chapter 11 of the United States Bankruptcy Code on July 19, 2021, under Bankruptcy Case No. 21-60066, styled *Greater Houston Transportation Company*, Debtor, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. The filing of this Suggestion of Bankruptcy is appropriate and necessary in this matter even if this is a matter in which Defendant is not currently a defendant (was never named a defendant, or subsequently removed as a defendant, or is removed as a defendant in the future) due to Defendant's contractual indemnification coverage provided under its self- insurance certificate with the Texas Department of Public Safety to self-insured independent contractor driver taxicab licensees. Accordingly, it is our position that pursuant to the U.S. Bankruptcy Code, this proceeding should be stayed.

Respectfully submitted,

**PAGEL, DAVIS & HILL, P.C.**

*/s/ Martyn B. Hill*
MARTYN B. HILL
State Bar No. 09647460
MICHAEL HARRIS
State Bar No. 24046030
1415 Louisiana, 22nd Floor
Houston, Texas   77002
Telephone:     (713) 951-0160
mbh@pdhlaw.com
mah@pdhlaw.com
eservice@pdhlaw.com
**ATTORNEYS FOR DEFENDANTS GREATER HOUSTON TRANSPORTATION COMPANY AND YELLOW CAB PARATRANSIT SERVICES, INC (including the merged entity, Texas Paratransit, Inc)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2021, the foregoing was submitted for electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Don J. Foty  
    Kennedy Hodges LLP        *VIA ECF*  
    4409 Montrose Blvd, Suite 200  
    Houston, Texas 77006

    Taft L. Foley, II        *VIA ECF*  
    The Foley Law Firm  
    3003 South Loop West, Suite 108  
    Houston, Texas 77054

    Carolyn Russell        *VIA ECF*  
    Stephen J. Quezada  
    Samantha D. Seaton  
    Ogletree, Deakins, Nash, Smoak & Stewart, PC  
    500 Dallas St., Suite 3000  
    Houston, Texas 77002

    H. Miles Cohn        *VIA ECF*  
    Michelle V. Friery  
    Crain Caton & James, PC  
    1401 McKinney, Suite 1700  
    Houston, TX 77010

                          /s/ Martyn B. Hill  
                          MARTYN B. HILL