UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PAUL STERLING on behalf of himself** | § | |
| **individually, and ALL OTHERS** | § | |
| **SIMILARLY SITUATED** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 4:20-cv-00910** |
| **v.** | § | |
| | § | |
| **GREATER HOUSTON** | § | |
| **TRANSPORTATION COMPANY,** | § | |
| **TEXAS PARATRANSIT, INC.,** | § | |
| **YELLOW CAB PARATRANSIT** | § | |
| **SERVICES, INC. and METROPOLITAN** | § | |
| **TRANSIT AUTHORITY OF HARRIS** | § | |
| **COUNTY,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT

Before the Court is the Unopposed Motion for Approval of FLSA Collective Action Settlement pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated described in the Unopposed Motion for Approval of FLSA Collective Action Settlement and the Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the Named Plaintiff and the FLSA Class Members (those individuals who will elected to participate in this case, as identified by name on Exhibit A to the Settlement Agreement) and the Defendant Metropolitan Transit Authority of Harris County, that the attorney's fees and expenses payment requested in the Motion are reasonable, that the service award requested in the Motion is reasonable, and that the settlement of the claims as to the Named Plaintiff and FLSA Class

1

Members according to the procedure set forth in the Settlement Agreement is therefore APPROVED.  The Parties shall administer the settlement as set forth in the Settlement Agreement.

The claims brought by the Named Plaintiff and FLSA Class Members against Defendant Metropolitan Transit Authority of Harris County are dismissed with prejudice.

**SO ORDERED.**


**DATE**_____

\
\
_____

**JUDGE PRESIDING**