IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL STERLING on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CIVIL ACTION NO. H-20-cv-00910 |
| GREATER HOUSTON TRANSPORTATION COMPANY, TEXAS PARATRANSIT, INC., YELLOW CAB PARATRANSIT SERVICES, INC. and METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, | § § § § § § § § § | |
| Defendants. | § | |

**ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT**

After prolonged and vigorous litigation, the parties filed this unopposed motion for approval of FLSA collective action settlement under 29 U.S.C. § 216(b). The court held a hearing and, after hearing from counsel, stated findings and conclusions approving the settlement.

As stated on the record, the court finds that the settlement terms negotiated and described in the unopposed motion for approval of FLSA collective action settlement and the Settlement Agreement, a copy of which was attached to the motion, are a fair and reasonable resolution of a bona fide dispute between the named plaintiff and the FLSA Class Members, defined as those individuals who elected to participate in this case, as identified by name on Exhibit A to the Settlement Agreement, and the defendant, the Metropolitan Transit Authority of Harris County. The court also found that the attorney's fees and expenses payment requested in the motion are reasonable, and that the service award requested in the motion is reasonable. The court finds and

concludes that the settlement of the claims as to the named plaintiff and the FLSA Class Members, and their compensation under the procedure set forth in the Settlement Agreement, is APPROVED. The parties will administer the settlement as set forth in the Settlement Agreement.

The claims brought by the named plaintiff and the FLSA Class Members against the Metropolitan Transit Authority of Harris County are dismissed, with prejudice. This is a final judgment.

SIGNED on April 19, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge